UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>          Plaintiff,<br><br>     v.<br><br>M. D. BITER, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-00380-AWI-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 11] |

Plaintiff Elvis Venable is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 30, 2016, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim for relief.  (ECF No. 6.)  On April 27, 2016, Plaintiff received a thirty day extension of time to submit an amended complaint.  (ECF No. 10.)  After Plaintiff failed to submit an amended complaint within the thirty day time frame, the Court issued Findings and Recommendations to dismiss the action for failure to comply with a court order and failure to state a cognizable claim for relief.  (ECF No. 11.)  Two days after the Findings and Recommendations was issued, Plaintiff filed a motion for an extension of time to file an amended complaint.  (ECF No. 12.)  On June 13, 2016, the Court granted Plaintiff thirty days to file an amended complaint, but warned Plaintiff the Findings and Recommendations remained pending unless and until Plaintiff filed an amended complaint.  (ECF No. 13.)

1

On July 18, 2016, Plaintiff filed a first amended complaint.  (ECF No. 14.)  Accordingly, in light of the fact that Plaintiff has now filed a first amended complaint, the Court will vacate the Findings and Recommendations recommending dismissal of the action.  Plaintiff is advised that the Court will screen his amended complaint in due course, as the Court has a large number of cases awaiting preliminary screening.

Based on the foregoing, it is HEREBY ORDERED that the Findings and Recommendations issued June 7, 2016, are VACATED.

IT IS SO ORDERED.

Dated:   **July 19, 2016**

UNITED STATES MAGISTRATE JUDGE

2